IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

**REGINA WIMS,**

Plaintiff,

vs.

Case No. _____

**VITAS HEALTHCARE CORPORATION,
LINCOLN FINANCIAL GROUP**

Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, Regina Wims, *pro se*, and files this Complaint for damages, and in support thereof states as follows:

1. The Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended. The jurisdiction of this Court is invoked by the plaintiffs pursuant to 28 U.S.C. §§ 1331, 1343(4) and 28 U.S.C. §§ 2201 and 2202. This lawsuit is brought pursuant to the "The Civil Rights Act of 1866," 42 U.S.C. § 1981, and 1981a and The Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as amended by the Civil Rights Act of 1991. Equitable and other relief is sought under 42 U.S.C. 2000e-5(g).

2. The Defendant is a foreign for-profit corporation with a principal address in Florida of 201 South Biscayne Blvd, Ste 400, Miami, FL 33131.

3. Plaintiff is an African-American citizen of the United States and a resident of Alachua County, Florida.

4. On , Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging racial discrimination. On July 19, 2022, a Notice of Right to Sue letter was issued by the EOCC. *See Exhibit A*

5. On August 6, 2021, Plaintiff emailed her manager, Anthony Rose, and included his manager, Lorraine Koon, in the email, inquiring about a discrepancy in her pay stub. No response was ever given to Plaintiff concerning the discrepancy. The Plaintiff addressed that her pay hours were short and she did not understand why. Plaintiff requested an explanation from Anthony Rose and Lorraine Koon. Requests for an explanation went unanswered.

6. March 2021, the COVID-19 pandemic was rapidly spreading through Florida and the rest of the nation, the Plaintiff was asked by her manager, Anthony Rose, to be physically present during a team meeting, when everyone in the room but one other African-American employee had been infected with the COVID-19 virus. No one was required to wear a mask, VITAS Healthcare refused to enforce mandates that were issued by the country to protect others from COVID-19 infection.

7. Thereafter, on December 8, 2021, Plaintiff received an email indicating that a VITAS client had passed away and needed to be pronounced (time/date of death). The email was sent to the Plaintiff and another VITAS employee. The Plaintiff responded and volunteered to pronounce the patient as the other employee never responded.

8. The Plaintiff went out of her way to pronounce the patient, and while with the patient's family, she was nothing but compassionate and made sure to offer her condolences.

9. On December 8, 2021, Plaintiff's manager, Anthony Rose, contacted her to go into the office because he needed to speak to her. When Plaintiff arrived, she was harshly

criticized by Mr. Rose. He stated emphatically that the family complained that she listened to the patient's heart on the wrong side of his chest (standard procedure during death pronouncement) and that she was not friendly. He forbade Plaintiff to contact the family or extend condolences or apologize for the misunderstanding.

10. The incident caused much turmoil and hurt to the Plaintiff. She had to utilize all of her sick time during the following two weeks as she began to experience anxiety. Due to the anxiety, she scheduled an appointment with her Primary Care Physician, who was extraordinarily compassionate. She immediately wrote a letter stating that she was under his care for stress. He prescribed her Clonazepam for anxiety.

11. The Plaintiff enrolled in the company's short-term disability program and began to utilize the benefit. Initially, she provided her records to the Short-Term Disability provider, Lincoln Financial Services.

12. For two months, Plaintiff received short-term disability benefits but was then denied subsequent benefits.

13. On January 11, 2022, Plaintiff received a letter from a VITAS business manager, Rhonda Gilbert, terminating her employment for allegedly being absent from work on unprotected leave for more than thirty (30) days.

14. Plaintiff is an African-American working at VITAS.

15. Plaintiff complained about a discrepancy in pay after reviewing her pay stubs, and no response was ever given by management.

16. Other similarly situated employees (non-African American) discrepancies had been remedied by management.

17. Plaintiff was retaliated against and forced to sit in a room full of other employees without masks who had just been infected with the COVID-19 virus.

18. The only two employees forced to sit in the meeting with the recently infected employees were African-American.

19. The Plaintiff was terminated from her employment despite having been diagnosed by a physician concerning her anxiety and stress/adjustment reaction following the incident with the patient she had to pronounce dead and the lack of professionalism and support from her manager when she tried to defend her position.

20. VITAS is liable for discrimination because it knew or should have known the racial harassment but failed to take remedial measures to create a safe space for its employees. Instead, Defendant retaliated against Plaintiff by subjecting her to stricter scrutiny than the rest of her coworkers, despite Plaintiff going above and beyond for patients.

21. Ultimately, Defendant wrongfully terminated Plaintiff for having anxiety and stress caused by Defendant's behavior towards Plaintiff.

WHEREFORE, Plaintiff Regina Wims respectfully requests that this Court enters judgment against Defendant and provide the following relief of $3,700,000.

A.   Award for actual damages, including back pay from the payroll discrepancies.

B.   Award compensatory for discrimination, retaliation, and wrongful termination.

C.   Court costs.

D.   Any other relief that the Court deems necessary and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable in this civil action.

Dated: _10/17/2022

/s/ Regina R Wims, MSW

_____
Regina R Wims, MSW
16635 SW 139th Ave
Archer, FL 32618